# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **REMARKABLE HEALTHCARE OF** | § | Chapter 11 |
| **CARROLLTON, LP et al.[1]**, | § | Case No. 18-40295 |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |
| **LARRY A. LEVICK, LITIGATION** | § | |
| **TRUSTEE OF THE UNSECURED** | § | |
| **CREDITORS' LITIGATION TRUST** | § | |
| **(A/K/A THE REMARKABLE LITIGATION** | § | |
| **TRUST),** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 20-04043 |
| | § | |
| **CPRO ASSOCIATES, INC. and** | § | |
| **SCOTTSDALE INSURANCE COMPANY,** | § | |
| | § | |
| Defendants. | § | |

## SEVENTH STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT TO AVOID AND RECOVER PREFERENTIAL AND FRAUDULENT TRANSFERS AND TO DISALLOW CLAIMS

**COME NOW**, Larry A. Levick, as Litigation Trustee of the Unsecured Creditors' Litigation Trust (a/k/a The Remarkable Litigation Trust) ("**Plaintiff**"), by and through his undersigned counsel, and Defendants CPro Associates, Inc. and Scottsdale Insurance Company ("**Defendants**"), by and through their undersigned counsel, and hereby stipulate and agree that the deadline for Defendants to file an answer or other responsive pleading to the Trustee's *Complaint*

---

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth, LP (1650), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

*to Avoid and Recover Preferential and Fraudulent Transfers and to Disallow Claims* is extended through and including June 24, 2021.  This extension is without prejudice to any further extensions of time that may be granted or requested.

**DATED:  April 13, 2021**

            Respectfully submitted,

            SINGER & LEVICK, P.C.

            By:  /s/  William R. Dorward
               Michelle E. Shriro
               State Bar No. 18310900
               William R. Dorward
               State Bar No. 24007123
               Todd Hoodenpyle
               State Bar No. 00798265

            16200 Addison Road, Suite 140
            Addison, Texas  75001
            Phone: 972.380.5533
            Fax: 972.380.5748
            Email: mshriro@singerlevick.com
            Email: dorward@singerlevick.com
            Email: hoodenpyle@singerlevick.com

            ATTORNEYS FOR
            LARRY A. LEVICK, LITIGATION TRUSTEE

            **- AND –**

ICE MILLER, LLP

By:   /s/ Daniel Anderson (w/permission)
     Daniel Anderson
     Ohio State Bar No. 067041

Arena District
250 West Street
Suite 700
Columbus, OH 43215-7509
Phone: 614.462.5013
Fax: 614.224.3126
Email: Daniel.Anderson@icemiller.com

ATTORNEYS FOR DEFENDANTS