**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| § | **CASE NO. 18-40295** | |
| **REMARKABLE HEALTHCARE OF** § | **Chapter 11** | |
| **CARROLLTON, LP, et al.** [1] § | | |
| § | **(Jointly Administered)** | |
| Debtors. § | | |
| § | | |
| § | | |
| **LARRY A. LEVICK, LITIGATION** § | | |
| **TRUSTEE OF THE UNSECURED** § | | |
| **CREDITORS LITIGATION TRUST** § | | |
| **(a/k/a THE REMARKABLE** § | | |
| **LITIGATION TRUST),** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **ADVERSARY NO. 20-04043** | |
| § | | |
| **CPRO ASSOCIATES, INC. and** § | | |
| **SCOTTSDALE INSURANCE COMPANY,** § | | |
| § | | |
| Defendants. § | | |

## THIRD NOTICE OF EXTENSION OF DEFAULT DEADLINE

**PLEASE TAKE NOTICE** that on August 30, 2021, the Court entered an *Entry of Default by Court* ("**Order**") against Defendants CPro Associates, Inc. and Scottsdale Insurance Company (**Dkt.014**).

**PLEASE TAKE FURTHER NOTICE** that pursuant to such Order, the deadline for the submission of a Motion for Default Judgment and supporting documents, as well as a proposed form of Default Judgment, was September 13, 2021.

---

[1]  The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth, LP (1650), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

**PLEASE TAKE FURTHER NOTICE** that the deadline for the submission of such documents was extended to October 12, 2021.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the submission of such documents has been further extended to **October 26, 2021**.

**Dated:  October 12, 2021**

Respectfully submitted,

**SINGER & LEVICK, P.C.**

By:  /s/ *William R. Dorward*
Michelle E. Shriro
State Bar No. 18310900
William R. Dorward
State Bar No. 24007123
Todd Hoodenpyle
State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas  75001
Phone:  972.380.5533
Fax:  972.380.5748
Email:  mshriro@singerlevick.com
Email:  dorward@singerlevick.com
Email:  hoodenpyle@singerlevick.com

ATTORNEYS FOR PLAINTIFF
LARRY A. LEVICK, LITIGATION TRUSTEE